1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

THE ERECTION COMPANY,                )
                                     )
                    Plaintiff,       )        2:12-cv-00612-MMD-NJK
                                     )
vs.                                  )
                                     )
ARCHER WESTERN CONTRACTORS,          )
LLC, et al.,                         )        **O R D E R**
                                     )
                                     )
                    Defendants.      )
_____)

   This matter is before the court on the Motion to Withdraw as Local Counsel for Defendants

Postel Erection Group, L.L.C., Postel-West, Inc., and Postel Industries, Inc., Docket No. 128, filed

November 13, 2013. The Law Office of Hayes & Welsh seeks to withdraw as local counsel of record

for the above Defendants. The Motion represents that communications and discussion with co-counsel

for Defendants, Steve M. Willard, have broken down and made it unreasonably difficult for the Law

Office of Hayes & Welsh to continue its representation as local counsel. Additionally, according to the

motion, Steve M. Willard, a Texas-based attorney, will continue to represent the above named

Defendants and has indicated that he will obtain other local counsel. Local Rule IA 10-6 provides that

"no withdrawal . . .  shall be approved if delay of discovery, the trial or any hearing in the case would

result."

   Having reviewed and considered the matter, and for good cause shown,

   **IT IS ORDERED:**

   1.    The Motion the Motion to Withdraw as Local Counsel for Defendants Postel Erection

         Group, L.L.C., Postel-West, Inc., and Postel Industries, Inc., Docket No. 128, is

         GRANTED.

2.   An attorney who is not a member of the Bar of the Court, who has been retained to appear in a particular case, may only do so with permission of this Court. LR IA 10-2(a). Further, such attorney must associate with an active member in good standing of the State Bar of Nevada as counsel of record in the action or proceeding. LR IA 10-2(a)(5). Therefore, Defendants Postel Erection Group, L.L.C., Postel-West, Inc., and Postel Industries, Inc., shall have until **December 5, 2013** to retain new local counsel, who shall file a notice of appearance in accordance with the Local Rules of Practice.

3.   Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4.   The Clerk of Court shall serve a copy of this Order on Postel Erection Group, L.L.C., Postel-West, Inc., and Postel Industries, Inc. at:

Postel Erection Group, L.L.C.
Postel-West, Inc.
Postel Industries, Inc.
c/o Michael W. Postel
11210 Steeplecrest, Ste. 260
Houston, TX 77065

Dated: November 14, 2013

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2