UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE ERECTION COMPANY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>ARCHER WESTERN CONTRACTORS, LLC, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:12-cv-00612-MMD-NJK<br><br>ORDER |
| ARCHER WESTERN CONTRACTORS, LLC,<br><br>　　　　　　　　　Counterclaimant<br>v.<br>THE ERECTION COMPANY,<br><br>　　　　　　　　　Counterdefendant. | |
| ARCHER WESTERN CONTRACTORS, LLC,<br><br>　　　　　　　　　Cross-Claimant,<br>v.<br>POSTEL INDUSTRIES, INC.,<br><br>　　　　　　　　　Cross-Defendant. | |
| ARCHER WESTERN CONTRACTORS, LLC,<br><br>　　　　　　　　　Third-Party Plaintiff,<br>v.<br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, et al.,<br><br>　　　　　　　　　Third-Party Defendants. | |

Before the Court is plaintiff The Erection Company, Inc.'s application for a status check as to the disposition of its Motion for Summary Judgment Against Postel

Industries, Inc. on Its Counter-Claim (dkt. no. 85) pursuant to Local Rule 7-6(b). (Dkt. no. 141.) The Motion for Summary Judgment was filed on July 11, 2013, and was ripe and fully submitted to the Court on September 5, 2013. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted before August 31, 2013, and will be moving through them chronologically. The Erection Company, Inc.'s Motion for Summary Judgment Against Postel Industries, Inc. on Its Counterclaim does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

ENTERED THIS 10th day of December 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE