UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE ERECTION COMPANY, et al.,<br><br>                              Plaintiffs,<br>v.<br>ARCHER WESTERN CONTRACTORS, LLC, et al.,<br>                              Defendants. | Case No. 2:12-cv-00612-MMD-NJK<br><br>ORDER |
| ARCHER WESTERN CONTRACTORS, LLC,<br>                              Counterclaimant<br>v.<br>THE ERECTION COMPANY,<br>                              Counterdefendant. | |
| ARCHER WESTERN CONTRACTORS, LLC,<br>                              Cross-Claimant,<br>v.<br>POSTEL INDUSTRIES, INC.,<br>                              Cross-Defendant. | |
| ARCHER WESTERN CONTRACTORS, LLC,<br>                              Third-Party Plaintiff,<br>v.<br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, et al.,<br>                              Third-Party Defendants. | |

      Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. The parties must contact the Magistrate Judge within seven (7) days with proposed dates for the settlement conference. In the meantime, the Court will stay ruling on all pending motions.

1 | This order does not affect the briefing schedule set forth in the Order on Stipulation
2 | entered on July 10, 2014.
3 |     DATED THIS 10th day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE