UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ERECTION COMPANY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARCHER WESTERN CONTRACTORS, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:12-cv-00612-MMD-NJK <br><br> **ORDER** |

On July 10, 2014, United States District Judge Miranda M. Du ordered the parties in this matter to schedule a settlement conference with the undersigned. Docket No. 224. Judge Du further ordered the parties to contact the undersigned within seven days with proposed dates for the settlement conference. *Id*.

On July 18, 2014, the parties filed a statement of dates which contained a chart of agreed-upon dates for only Plaintiff Erection Company, Defendant Postel and Defendant Archer. Docket No. 226. The parties stated that dates for Defendant and Third-Party Defendant Travelers Casualty & Surety Company of America ("Travelers") were not included in the chart of potential dates because Travelers had asked the other parties to be excused from the settlement conference, and the "parties are considering this request." *Id*., at 3, n. 1. Additionally, no date was submitted on which Travelers, Plaintiff Erection Company, Defendant Postel and Defendant Archer all agreed. *Id*.

Judge Du's Order explicitly stated that the parties in this matter are to schedule a settlement conference with the Court. Docket No. 224. Additionally, the undersigned requires the presence at

settlement conferences, unless excused by the Court, of all counsel of record who will be participating in the trial; all individual parties; in the case of non-individual parties, an officer or representative with binding authority to settle this matter up to the full amount of the claim or last demand made; and if any party is subject to coverage by an insurance carrier, a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim or last demand. The Court has not excused any party from attendance at the settlement conference; indeed, no such request has been made to the Court.

The Court has been made aware by the parties that they cannot agree upon five mutually acceptable dates for the settlement conference. Docket No. 226, at 3. Accordingly, all parties in this matter shall file a stipulation, no later than July 25, 2014, including three dates on which all parties and other required attendees are available for the settlement conference.

IT IS SO ORDERED.

DATED: July 21, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge