UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| THE ERECTION COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 2:12-cv-00612-MMD-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| ARCHER WESTERN CONTRACTORS, et. al., | ) | NOTICE REGARDING EX PARTE COMMUNICATIONS |
| | ) | |
| Defendants. | ) | |

On August 29, 2014, the Court received two telephone calls from counsel for Defendants asking the Court about the previously-scheduled deadline for the receipt of settlement conference statements. Counsel and their staff are prohibited from making *ex parte* communications with the Court. *See, e.g.*, Local Rule 7-6(a). As such, all counsel, along with their staff, shall refrain from calling chambers. Counsel, and by extension their staff, are also required to conduct themselves in a civil and professional manner when dealing with judicial officers.[1] *See, eg.*, Nev. Sup. Ct. R. 73. The Court further reminds the parties and counsel that they must abide by all local rules and court orders, and that failure to do so may result in severe sanctions. *See, e.g.*, Local Rule IA 4-1.

IT IS SO ORDERED.

DATED: August 29, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] "I will conduct myself in a civil and professional manner, whether dealing with clients, opposing parties and counsel, judicial officers or the general public, and will promote the administration of justice." Nev. Sup. Ct. R. 73.