UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE ERECTION COMPANY, et al., | |
| Plaintiffs, | 2:12-cv-00612-MMD-NJK |
| vs. | |
| ARCHER WESTERN CONTRACTORS, et. al., | ORDER |
| Defendants. | (Docket No. 228) |

Pending before the Court is Plaintiff's request to excuse Travelers from attending the settlement conference. Docket No. 228. Travelers is still a party to the instant case and, therefore, is required to be present in person for the duration of the settlement conference. Failure to comply with the personal attendance requirements may subject the non-compliant party and/or counsel to sanctions under Federal Rule of Civil Procedure 16(f).

IT IS HEREBY ORDERED that Plaintiff's request to excuse Travelers from attending the settlement conference (Docket No. 228) is DENIED.

DATED: September 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge