KURT C. FAUX
Nevada Bar No. 003407
WILLI H. SIEPMANN
Nevada Bar No. 002478
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
          wsiepmann@fauxlaw.com
*Attorneys for Archer Western Contractors, LLC and*
*Travelers Surety and Casualty Company of America (Bond No. 105478077*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ERECTION COMPANY, INC., a Washington Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ARCHER WESTERN CONTRACTORS, LLC, a Delaware foreign limited-liability company; POSTEL ERECTION GROUP, LLC, a domestic limited liability company; POSTEL WEST, INC., an Arizona corporation; POSTEL INDUSTRIES, INC., an unknown entity; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOES I through X; ROES XI through XX<br><br>Defendants.<br><br>AND RELATED ACTIONS | CASE NO.  2:12-cv-00612-MMD-NJK<br><br>**JOINT MOTION AND ORDER FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE A JOINT PRETRIAL ORDER WITH THE COURT**<br><br>(Second Request) |

Plaintiff, The Erection Company ("TEC), and Defendants, Archer Western Contractors, LLC ("AWC"), Travelers Casualty and Surety Company of America ("Travelers") and Postel Industries, Inc., ("Postel"), by and through their counsel of record, hereby jointly move for an Order extending the deadline in which the parties have to file a Joint Pretrial Order with the Court. Pursuant to the Court's Minute Order filed March 19, 2015, the Court ordered that the parties file a Joint Pretrial Order with the Court. (*See* Dkt. #245.) The parties hereto request a further thirty day extension of that

-1-

deadline to July 7, 2015 for the following reasons: (1) The parties have found it impossible to schedule a meeting of counsel to discuss the stipulated facts, stipulated documents, objections to documents and deposition testimony, etc required by the Joint Pre Trial Order because of previously scheduled vacations and calendar conflicts; (2) The sheer volume of potential trial documents and deposition testimony warrants an exchange of proposed exhibits, facts, issues of law, and deposition testimony prior to any meeting of counsel. The brief extension of the deadline to file the pre trial order will allow the parties to exchange such documents, briefs and evidence; and (3) The parties intend to discuss duringthe brief extension whether to exclude the respective sureties from the trial pursuant to a stipulation, thereby streamlining the trial herin. Consequently, the parties jointly request an Order from the Court extending the deadline in which the parties have to file their Joint Pretrial Order from June 5, 2015 until July 7, 2015.

DATED this 21st day of May, 2015.

| THE FAUX LAW GROUP | KEMP, JONES & COULTHARD, LLP |
|---|---|
| /s/ Kurt C. Faux, Esq.<br>Kurt C. Faux, Esq.<br>Nevada Bar No. 003407<br>Willi H. Siepmann, Esq.<br>State Bar No. 002478<br>1540 W. Warm Springs Road, #100<br>Henderson, Nevada  89014<br>*Counsel for Archer Western Contractors, LLC and Travelers Surety and Casualty Company of America (Bond No. 105478077* | /s/ Spencer H. Gunnerson, Esq. (by permission)<br>Spencer H. Gunnerson, Esq.<br>State Bar No. 008810<br>Nathanael R. Rulis, Esq.<br>State Bar No. 011259<br>3800 Howard Hughes Parkway<br>Las Vegas, Nevada 89169<br>*Counsel for The Erection Company* |
| THE WILLIARD LAW FIRM, L.P. | WATT, TIEDER, HOFFAR<br> & FITZGERALD, LLP |
| /s/ Steve M. Williard, Esq. (by permission)<br>Steve M. Williard, Esq.<br>Texas State Bar No. 00788684<br>1920 N. Memorial Way<br>Houston, Texas 77007<br>(713) 529-6300<br>*Counsel for Postel Industries, Inc.* | /s/ David R. Johnson, Esq. (by permission)<br>David R. Johnson, Esq.<br>Nevada Bar No. 6696<br>Jared M. Sechrist, Esq.<br>Nevada Bar No. 10439<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, Nevada 89169<br>*Counsel for Travelers Casualty  & Surety Co. (Bond No. 105707041)* |

The Erection Company, Inc. v. Archer Western Contractors, LLC, et al.
United States District Court, District Of Nevada Case No. 2:12-cv-00612-MMD-NJK
Joint Motion and Proposed Order for an Extension of Time for the
Parties to File a Joint Pretrial Order with the Court (Second Request)

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge
DATED: May 26, 2015

-3-