Spencer H. Gunnerson, Esq.
Nevada Bar No. 008810
s.gunnerson@kempjones.com
Nathanael R. Rulis, Esq.
Nevada Bar No. 011259
n.rulis@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
*Counsel for The Erection Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ERECTION COMPANY, INC., a Washington Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ARCHER WESTERN CONTRACTORS, LLC, a Delaware foreign limited-liability company; POSTEL ERECTION GROUP, LLC, a domestic limited liability company; POSTEL WEST, INC., an Arizona corporation; POSTEL INDUSTRIES, INC., an unknown entity; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOES I through X; ROES XI through XX<br><br>Defendants.<br><br>AND RELATED ACTIONS | CASE NO. 2:12-cv-00612-MMD-NJK<br><br>**JOINT MOTION AND ORDER FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE A JOINT PRETRIAL ORDER WITH THE COURT**<br><br>(Third Request) |

Plaintiff, The Erection Company ("TEC), and Defendants, Archer Western Contractors, LLC ("AWC"), Travelers Casualty and Surety Company of America ("Travelers") and Postel Industries, Inc., ("Postel"), by and through their counsel of record, hereby jointly move for an Order extending the deadline in which the parties have to file a Joint Pretrial Order with the Court. Pursuant to the Court's Minute Order filed May 26, 2015, the Court ordered that the parties file a Joint Pretrial Order with the Court. (*See* Dkt. #247). The parties hereto request a further fourteen-day extension of that

-1-

deadline to July 21, 2015 for the following reasons: (1) in anticipation of a meeting between counsel, TEC, AWC, and Travelers have have exchanged initial drafts of the Joint Pretrial Order, including factual summaries, potential trial exhibits, witnesses, and deposition testimony, but the large volume of documents and potential depositions designations warrants additional time, prior to any meeting of counsel, to discuss stipulated facts, stipulated documents, and objections required by the Joint Pretrial Order; (2) Postel has not yet provided any information regarding proposed facts, exhibits, or witnesses; and (3) the parties are still having discussions whether to exclude the respective sureties from the trial pursuant to a stipulation, thereby streamlining the trial herin. The brief extension of the deadline to file the pre trial order will allow the parties to review the proposed drafts, exchange documents, discuss stipulations, and hold a meaningful meet and confer on the Joint Pretrial Order. Consequently, the parties jointly request an Order from the Court extending the deadline in which the parties have to file their Joint Pretrial Order from July 7, 2015 until July 21, 2015.

DATED this 1st day of July, 2015.

| THE FAUX LAW GROUP | KEMP, JONES & COULTHARD, LLP |
|---|---|
| /s/ Kurt C. Faux, Esq. (by permission) | /s/ Spencer H. Gunnerson, Esq. |
| Kurt C. Faux, Esq. | Spencer H. Gunnerson, Esq. |
| Nevada Bar No. 003407 | Nevada Bar No. 008810 |
| Willi H. Siepmann, Esq. | Nathanael R. Rulis, Esq. |
| State Bar No. 002478 | Nevada Bar No. 011259 |
| 1540 W. Warm Springs Road, #100 | 3800 Howard Hughes Parkway |
| Henderson, Nevada 89014 | Las Vegas, Nevada 89169 |
| *Counsel for Archer Western Contractors, LLC and Travelers Surety and Casualty Company of America (Bond No. 105478077)* | *Counsel for The Erection Company* |
| THE WILLIARD LAW FIRM, L.P. | WATT, TIEDER, HOFFAR & FITZGERALD, LLP |
| /s/ Steve M. Williard, Esq. (by permission) | /s/ David R. Johnson, Esq. (by permission) |
| Steve M. Williard, Esq. | David R. Johnson, Esq. |
| Texas State Bar No. 00788684 | Nevada Bar No. 6696 |
| 1920 N. Memorial Way | Jared M. Sechrist, Esq. |
| Houston, Texas 77007 | Nevada Bar No. 10439 |
| (713) 529-6300 | 3993 Howard Hughes Parkway, Suite 400 |
| *Counsel for Postel Industries, Inc.* | Las Vegas, Nevada 89169 |
| | *Counsel for Travelers Casualty & Surety Co. (Bond No. 105707041)* |

-2-

The Erection Company, Inc. v. Archer Western Contractors, LLC, et al.
United States District Court, District Of Nevada Case No. 2:12-cv-00612-MMD-NJK
Joint Motion and Proposed Order for an Extension of Time for the
Parties to File a Joint Pretrial Order with the Court (Third Request)

**ORDER**

IT IS SO ORDERED:

DATED THIS 2nd day of July 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel (702) 385-6000 • Fax: (702) 385-6001
kjc@kempjones.com

-3-