David R. Johnson (NV Bar No. 006696)
Jared Sechrist (NV Bar No. 10439)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
6325 South Rainbow Blvd, Suite 110
Las Vegas, NV 89118
Telephone:     702-789-3100
Facsimile:     702-822-2650

Attorneys for Third-Party Defendant
Travelers Casualty & Surety Company of America
(on bond no. 105707041)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ERECTION COMPANY, INC., a Washington Corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> ARCHER WESTERN CONTRACTORS, LLC, a Delaware foreign limited-liability company; POSTEL ERECTION GROUP, LLC, a domestic limited liability company; POSTEL WEST, INC., an Arizona corporation; POSTEL INDUSTRIES, INC., an unknown entity; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOES I through X; ROES XI through XX, <br><br> Defendants. <br><br> AND RELATED ACTIONS. | Case No. 2:12-cv-00612-MMD-NJK <br><br> **STIPULATION AND ORDER TO EXCUSE TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA FROM ATTENDANCE AT TRIAL** <br><br> **DATE OF TRIAL:** 12/8/2015 <br><br> **TIME OF TRIAL:** 9:00 A.M. |

The Erection Company, Inc., ("TEC"), Archer Western Contractors, LLC ("Archer Western"), Travelers Casualty & Surety Company of America ("Travelers/TEC") on Payment and Performance Bond No. 105707041 in the penal amount of $1,609,970.00 ("TEC Bond") and Travelers Casualty & Surety Company of America ("Travelers/AW") on Payment Bond and Performance Bond, both no. 105478077 and in the penal amount of $40,229,000.00 (collectively "AW Bond"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

1. This action involves disputed claims for payment and damages between TEC and Archer Western in connection with the construction of a new control tower at McCarran International Airport in Las Vegas, Nevada ("Project").

2. Travelers/AW issued the AW Bond on behalf of Archer Western in connection with its work on the Project.

3. Travelers/TEC issued the TEC Bond on behalf of TEC in connection with its work on the Project.

4. Archer Western seeks an award of damages against both TEC and Travelers/TEC's TEC Bond in the instant action. TEC and Travelers/TEC deny any and all liability on the TEC Bond, or otherwise, for Archer Western's claims.

5. TEC seeks an award of damages against both AW and Travelers/AW's AW Bond in the instant action. Archer Western and Travelers/AW deny any and all liability on the AW Bond, or otherwise, for TEC's claims.

6. Trial in the instant action has been bifurcated by the Court into two phases: Phase 1 pertaining to liability; and Phase 2 pertaining to damages. (Dkt. no. 259). Trial of Phase 1 is scheduled to commence on December 8, 2015. (Dkt. no. 276).

7. The interests of Travelers/AW and Travelers/TEC with respect to the subject dispute appear to be aligned with Archer Western and TEC, respectively. Travelers/AW reserves all of its rights under all applicable agreement(s) of indemnity with AW and Travelers/TEC reserves all of its rights under all applicable agreement(s) of indemnity with TEC.

8. The parties agree that, given their aligned interests and for economic reasons, Travelers/AW and Travelers/TEC need not attend Phase 1 and/or Phase 2 of the trial if Travelers/AW and Travelers/TEC agree to be bound by the Court's rulings, orders, findings and determinations.

9. Travelers/AW and Travelers/TEC have agreed to not attend trial and agree to be bound by the Court's rulings, orders, findings and determinations with the following caveats:

A. Travelers/AW and Travelers/TEC can elect to attend and actively participate in Phase 1 and/or Phase 2 of the trial at their respective sole discretion;

      B.     The parties agree that Travelers/AW and the AW Bond and Travelers/TEC and the TEC Bond are not liable for any claims of lost profits asserted by Archer Western and/or TEC in the instant action;

      C.     Travelers/AW's potential liability under the AW Bond is limited to the penal amount of the bond ($40,229,000.00) for any and all alleged damages asserted by TEC in the instant action, including principal and, interest. However, TEC reserves the right to assert that the penal amount of the AW Bond does not limit TEC's potential award of attorney's fees and court costs against Travelers/AW and Travelers/AW reserves the right to contest that assertion;

      D.     Travelers/TEC's potential liability under the TEC Bond is limited to the penal amount of the bond ($1,609,970.00) for any and all alleged damages asserted by AW in the instant action, including principal andinterest. However, AW reserves the right to assert that the penal amount of the TEC Bond does not limit AW's potential award of attorney's fees and court costs against Travelers/TEC and Travelers/TEC reserves the right to contest that assertion, and

      E.     The parties stipulate to the admissibility of the AW Bond and the TEC Bond at trial (both Phase I and Phase 2) for all purposes

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. Travelers/AW and Travelers/TEC need not attend trial of the instant matter but will nevertheless be bound by the Court's orders, rulings, findings and determinations issued in the instant matter with the following caveats:

      A.     Travelers/AW and Travelers/TEC can elect to attend and actively participate in Phase 1 and/or Phase 2 of the trial at their respective sole discretion;

      B.     Travelers/AW and the AW Bond and Travelers/TEC and the TEC Bond are not liable for any claims of lost profits asserted by Archer Western and/or TEC in the instant action;

      C.     Travelers/AW's potential liability under the AW Bond is limited to the penal amount of the bond ($40,229,000.00) for any and all alleged damages asserted by TEC, including principal and interest. However, TEC reserves the right to assert that the penal amount

of the AW Bond does not limit TEC's potential award of attorney's fees and court costs against Travelers/AW and Travelers/AW reserves the right to contest that assertion;

D. Travelers/TEC's potential liability under the TEC Bond is limited to the penal amount of the bond ($1,609,970.00) for any and all alleged damages asserted by AW, including principal and interest. However, AW reserves the right to assert that the penal amount of the TEC Bond does not limit AW's potential award of attorney's fees and court costs against Travelers/TEC and Travelers/TEC reserves the right to contest that assertion; and

E. The parties stipulate to the admissibility of the AW Bond and the TEC Bond at trial (both Phase I and Phase 2) for all purposes.

DATED this 4 day of December, 2015.

| WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.<br><br>/s/ *David R. Johnson*<br>David R. Johnson, Esq., NV Bar No. 6696<br>Jared M. Sechrist, Esq., NV Bar No. 10439<br>6325 South Rainbow Boulevard, Suite 110<br>Las Vegas, NV 89118<br>Attorneys for Travelers Casualty and Surety Company of America (on bond no. 105707041) | THE FAUX LAW GROUP<br><br>/s/ *Kurt C. Faux*<br>Kurt C. Faux, Esq., NV Bar No. 3407<br>Willi Siepmann, Esq., NV Bar No. 2478<br>1540 W. Warm Springs Rd., Ste. 100<br>Henderson, Nevada 89014<br>Attorneys for Archer Western Contractors, LLC and Travelers Casualty and Surety Company of America (on bond no. 105478077) |
|---|---|
| KEMP, JONES & COULTHARD, LLP<br><br>/s/ *Spencer H. Gunnerson*<br>Spencer H. Gunnerson, Esq., NV Bar No. 8810<br>Nathanael R. Rulis, Esq., NV Bar No. 11259<br>3800 Howard Hughes Pkwy., 17th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for The Erection Company, Inc. | |

**ORDER**

IT IS SO ORDERED:

United States District Court Judge

Dated: December 4, 2015