KURT C. FAUX, ESQ.
Nevada Bar No.  003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No.  002478
THE FAUX LAW GROUP
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
        wsiepmann@fauxlaw.com
*Attorneys for Archer Western Contractors, LLC*

**THE FAUX LAW GROUP**
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014
Tel. (702) 458-5790

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ERECTION COMPANY, INC., a Washington Corporation | CASE NO.  2:12-cv-00612-MMD-NJK |
| Plaintiff, | **STIPULATED FACTS** |
| vs. | |
| ARCHER WESTERN CONTRACTORS, LLC, a Delaware foreign limited-liability company; POSTEL ERECTION GROUP, LLC, a domestic limited liability company; POSTEL WEST, INC.,  an Arizona corporation; POSTEL INDUSTRIES, INC., an unknown entity; DOES I through X; ROES  XI through XX | |
| Defendants. | |
| AND RELATED MATTERS | |

Plaintiff, The Erection Company ("TEC") and Defendants Archer Western Contractors, LLC ("AWC"), by and through their counsel of record, hereby jointly move for an Order stipulating certain, uncontested facts.

///

///

///

1

**I.     STATEMENT OF UNDISPUTED FACTS**

1.     On September 3, 2010, the FAA awarded to AWC Contract No. DTFANM-10-00215, Construction of a new Airport Traffic Control Tower and Terminal Radar Approach Control (together the "Project" or "Tower") at McCarran International Airport in Las Vegas, Nevada (the "Prime Contract").

2.     AWC obtained a payment bond (the "AWC Bond") in the amount of $40,229,000.00 from Travelers for the Project.

3.     On or about May 20, 2011, AWC entered into a certain subcontract with Postel (the "Postel Subcontract") for steel fabrication and installation.

4.     On or about Nov. 8, 2011, Postel entered into a subcontract with TEC for steel installation (the "TEC Subcontract").

5.     TEC obtained a payment and performance bond in the amount of $1,609,970.00 from Travelers for the Project (the "TEC Bond").

6.     On or about November 14, 2011, TEC commenced work on the Project.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

2

7.      On March 1, 2012, AWC and Postel entered into an Assignment Agreement ("the Assignment") where Postel agreed to assign all of "its rights and obligations under the TEC Subcontract" to AWC.

DATED this <u>4th</u> day of December, 2015.

THE FAUX LAW GROUP

/s/ Kurt C. Faux

Kurt C. Faux, Esq.
Nevada Bar No. 003407
Willi H. Siepmann, Esq.
State Bar No. 002478
1540 W. Warm Springs Road, #100
Henderson, Nevada  89014
*Counsel for Archer Western Contractors, LLC
and Travelers Surety and Casualty Company of
America (Bond No. 105478077)*

KEMP, JONES & COULTHARD, LLP

/s/ Spencer H. Gunnerson

Spencer H. Gunnerson, Esq.
Nevada Bar No. 008810
Nathanael R. Rulis, Esq.
Nevada Bar No. 011259
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
*Counsel for The Erection Company*


WATT, TIEDER, HOFFAR
& FITZGERALD, LLP

/s/ David R. Johnson

David R. Johnson, Esq.
Nevada Bar No. 6696
Jared M. Sechrist, Esq.
Nevada Bar No. 10439
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
*Counsel for Travelers Casualty & Surety Co.
(Bond No. 105707041)*

IT IS SO ORDERED.

**ORDER**

_____
United States District Court Judge

DATED: __December 7, 2015__

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790